UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------X

SUZETTE MORRIS,

               Plaintiff,

   -against-

MICHAEL J. ASTRUE,
Commissioner of the Social Security
Administration,

               Defendant.

O R D E R

10 CV 3074(ARR)

------------------------------------X



ROSS, United States District Judge:

Plaintiff initiated this action by filing a complaint on <u>7/2/10</u>.

The parties are directed to adhere to the following policies, which the Board of Judges have adopted for expediting the disposition of Social Security cases.

Defendant has served the administrative record of the proceedings along with the answer on October 4, 2010. Unless otherwise directed by the Court, defendant will move for judgment on the pleadings within the next sixty (60) days, or by <u>12/4/10</u>, **by service of motion papers upon plaintiff.** Plaintiff's response papers **shall be served upon defendant** within thirty(30) days thereafter, by <u>1/4/11</u>. **Defendant shall thereafter file the entire**

*set of motion papers and the administrative record with the Court.*

Wherefore, it is ordered that plaintiff is granted leave to proceed without being required to prepay fees or costs, or give security therefor.

Clerk is directed to forward to the United States Marshal's Office for the Eastern District of New York copies of plaintiff's summons and complaint. The Marshal is directed to serve the summons and complaint upon the defendants without prepayment of fees.

SO ORDERED:


Dated:   Brooklyn, New York
         November 5, 2010

/s/
_____
Allyne R. Ross
United States District Judge

COPIES OF THIS ORDER WERE FORWARDED TO:

William Kaplan, Esq.
Queens Legal Services
42-15 Crescent Street
9th Floor
Long Island City, NY 11101

U.S. Attorney's Office
EDNY
Civil Division
One Pierrepont Plaza
Brooklyn, NY 11201
ATTN: Jannette Rodriguez